UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KAREN HOTTENROTT, et al.,

    Plaintiffs,

v.

IRON COUNTY, et al.,

    Defendants.

_____/

Case No. 2:23-cv-117

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Pending before the Court is Defendants Antrim County, Mary Balkema, Barry County, Melanie Camps, Sherry A. Comben, Eaton County, Iron County, Kalamazoo County, Diane Lesperance, Menominee County, Barbara Parrett, Robert Robinson, Susan VandeCar, and Thomas L. Whitener's motion to extend time to respond to complaint (ECF No. 7). Plaintiffs do not oppose the request (ECF No. 8) Therefore,

**IT IS HEREBY ORDERED** that the motion to extend time to respond to complaint (ECF No. 7) is GRANTED for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that the deadline for Defendants Antrim County, Mary Balkema, Barry County, Melanie Camps, Sherry A. Comben, Eaton County, Iron County, Kalamazoo County, Diane Lesperance, Menominee County, Barbara Parrett, Robert Robinson, Susan VandeCar, and Thomas L. Whitener to respond to the complaint is extended to **September 15, 2023**.

Dated:  August 18, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge