UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KAREN HOTTENROTT, et al.,

       Plaintiffs,                           Case No. 2:23–cv–00117–PLM–PJG

vs.                                           Hon. Paul L. Maloney

IRON, COUNTY OF, et al.,

       Defendants.

_____/

**ORDER LIFTING STAY**

     Plaintiffs in this lawsuit assert causes of action arising from tax foreclosure proceedings. A class action lawsuit in this district addressing the same or similar claims remains pending. The Court assumes the plaintiffs in this case have opted out of the class action lawsuit. In September 2023, the parties submitted a stipulation to stay this lawsuit because of a scheduled status conference involving all of the tax foreclosure cases.

     Magistrate Judge Phillip Green held the status conference on September 26. At the end of the meeting, Magistrate Judge Green placed the burden on the parties to work out a plan to streamline the litigation of these related lawsuits. To date, the parties have not proposed any plan. The September 2023 stay remains in this lawsuit. Defendants have not yet filed any response to the complaint. Since the Magistrate Judge held the status conference, dozens more tax foreclosure lawsuits have been filed and the county defendants have been filing responses. The Court concludes that the same should happen in this lawsuit.

     Accordingly, the Court LIFTS THE STAY.

     IT IS SO ORDERED.

Dated: May 22, 2024                      /s/ Paul L. Maloney
                                           PAUL L. MALONEY
                                           United States District Judge