UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
* * * * *

KAREN HOTTENROTT, an individual; TAMMY MOYER, f/k/a TAMMY CAIRNS, an individual; ESTATE OF BARBARA L. GETTYS, by heir and representative, BRYAN BETTS; DAD COMPANY, a Michigan Corporation, by President, DEAN BORLAND; ESTATE OF SHERRI BUFORD, by Personal Representative, LUCRETIA Y. BUFORD; ESTATE OF JOSEPH WERTZ, by heir and representative, JASON WERTZ; DENISE JOHNSON, an individual; JEFFREY SMITH, an individual; TED KOLASA, an individual; LAWRENCE PAQUIN, an individual; MARSHALL SLATER, an individual; ROGER ADKINS, an individual; JASON BLOWERS, an individual; ESTATE OF TREVA JEAN KENYON, by heir and representative, VICKIE DAVIS; JEAN ANN EIB, an individual; JOHNNY ANTHONY, an individual; JAMES HALEY, an individual; KIM MOSIER, an individual; MARK MCCRONE, an individual; MAKINI NYANTEH, an individual; EDWARD AND DOROTHY KETOLA, a married couple; and JAMES ELWELL, an individual,

   Plaintiffs,

-vs-

Case No. 2:23-cv-00117

HON. PAUL L. MALONEY

IRON COUNTY, a Governmental Unit; MELANIE CAMPS, in her individual and official capacity; MENOMINEE COUNTY, a Governmental Unit; BARBARA PARRETT, in her individual and official capacity; DIANE LESPERANCE, in her individual capacity; KALAMAZOO COUNTY, a Governmental Unit; THOMAS L. WHITENER, in his individual and official capacity; MARY BALKEMA, in her individual capacity; ANTRIM COUNTY, a Governmental Unit; SHERRY A. COMBEN, in her individual and official capacity; CALHOUN COUNTY, a Governmental Unit; BRIAN W. WENSAUER, in his individual and official capacity; CHRISTINE SCHAUER, in her individual capacity; EATON COUNTY, a Governmental Unit; ROBERT ROBINSON, in his individual and official capacity; BERRIEN COUNTY, a Governmental Unit; SHELLY WEICH, in her individual and official capacity; BRET WITKOWSKI, in his individual capacity; BARRY COUNTY, a Governmental Unit; and SUSAN VANDECAR, in her individual and official capacity,

        Defendants.
_____

## STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE
_____

COME NOW counsel for Plaintiffs and counsel for the Michigan Department of Attorney General, and hereby agree and stipulate that Plaintiffs' Response Brief to the Attorney General's Motion to Dismiss (ECF No. 55) is hereby extended from its current due date of November 1, 2024 by 30 days to December 2, 2024.

Dated:  October 31, 2024

/s/Donald R. Visser_____
**Donald R. Visser (P27961)**
Daniel O. Myers (P49250)
VISSER AND ASSOCIATES, PLLC
*Attorneys for Plaintiffs*
2480 - 44th Street, S.E., Suite 150
Kentwood, MI 49512
(616) 531-9860
donv@visserlegal.com

/s/B. Thomas Golden_____
**B. Thomas Golden (P70822)**
Brian K. McLaughlin (P74958)
Matthew B. Hodges (P72193)
*Assistant Attorneys General*
*Michigan Dept. of Attorney General*
*Revenue and Tax Division*
PO Box 30754
Lansing, MI 48909
(517) 335-7584
Goldent2@michigan.gov


/s/E. Powell Miller_____
**E. Powell Miller (P39487)**
Christopher D. Kayne (P61918)
Sharon S. Almonrode (P33938)
Brandon T. Goldstein (P86448)
THE MILLER LAW FIRM, PC
*Attorneys for Plaintiffs*
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com;

/s/Philip L. Ellison_____
**Philip L. Ellison (P74117)**
OUTSIDE LEGAL COUNSEL, PLC
*Attorney for Plaintiffs*
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com




/s/Matthew E. Gronda_____
**Matthew E. Gronda (P73693)**
GRONDA PLC
*Attorney for Plaintiffs*
4800 Fashion Square Blvd, Suite 200
Saginaw, MI 48604
(989) 249-0350
matt@matthewgronda.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

\* \* \* \* \*

KAREN HOTTENROTT, an individual; TAMMY MOYER, f/k/a TAMMY CAIRNS, an individual; ESTATE OF BARBARA L. GETTYS, by heir and representative, BRYAN BETTS; DAD COMPANY, a Michigan Corporation, by President, DEAN BORLAND; ESTATE OF SHERRI BUFORD, by Personal Representative, LUCRETIA Y. BUFORD; ESTATE OF JOSEPH WERTZ, by heir and representative, JASON WERTZ; DENISE JOHNSON, an individual; JEFFREY SMITH, an individual; TED KOLASA, an individual; LAWRENCE PAQUIN, an individual; MARSHALL SLATER, an individual; ROGER ADKINS, an individual; JASON BLOWERS, an individual; ESTATE OF TREVA JEAN KENYON, by heir and representative, VICKIE DAVIS; JEAN ANN EIB, an individual; JOHNNY ANTHONY, an individual; JAMES HALEY, an individual; KIM MOSIER, an individual; MARK MCCRONE, an individual; MAKINI NYANTEH, an individual; EDWARD AND DOROTHY KETOLA, a married couple; and JAMES ELWELL, an individual,

Case No. 2:23-cv-00117

HON. PAUL L. MALONEY

       Plaintiffs,

-vs-

IRON COUNTY, a Governmental Unit; MELANIE CAMPS, in her individual and official capacity; MENOMINEE COUNTY, a Governmental Unit; BARBARA PARRETT, in her individual and official capacity; DIANE LESPERANCE, in her individual capacity; KALAMAZOO COUNTY, a Governmental Unit; THOMAS L. WHITENER, in his individual and official capacity; MARY BALKEMA, in her individual capacity; ANTRIM COUNTY, a Governmental Unit; SHERRY A. COMBEN, in her individual and official capacity; CALHOUN COUNTY, a Governmental Unit; BRIAN W. WENSAUER, in his individual and official capacity; CHRISTINE SCHAUER, in her individual capacity; EATON COUNTY, a Governmental Unit; ROBERT ROBINSON, in his individual and official capacity; BERRIEN COUNTY, a Governmental Unit; SHELLY WEICH, in her individual and official capacity; BRET WITKOWSKI, in his individual capacity; BARRY COUNTY, a Governmental Unit; and SUSAN VANDECAR, in her individual and official capacity,

       Defendants.
_____

## ORDER FOR EXTENSION TO FILE RESPONSE TO ECF NO. 55

_____

Upon stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs may file their Response to the Michigan Department of Attorney General's Motion to Dismiss (ECF No. 55) on or before December 2, 2024.

Dated: _____, 2024   _____
Hon. Paul L. Maloney
U.S. District Court Judge