# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAREN HOTTENROTT, an individual;
TAMMY MOYER, f/k/a TAMMY
CAIRNS, an individual; ESTATE OF
BARBARA L. GETTYS, by heir and
representative, BRYAN BETTS; DAD
COMPANY, a Michigan Corporation, by
President, DEAN BORLAND; ESTATE
OF SHERRI BUFORD, by Personal
Representative, LUCRETIA Y.
BUFORD; ESTATE OF JOSEPH
WERTZ, by heir and representative,
JASON WERTZ; DENISE JOHNSON,
an individual; JEFFREY SMITH, an
individual; TED KOLASA, an
individual; LAWRENCE PAQUIN, an
individual; MARSHALL SLATER, an
individual; ROGER ADKINS, an
individual; JASON BLOWERS, an
individual; ESTATE OF TREVA JEAN
KENYON, by heir and representative,
VICKIE DAVIS; JEAN ANN EIB, an
individual; JOHNNY ANTHONY, an
individual; JAMES HALEY, an
individual; KIM MOSIER, an individual;
MARK MCCRONE, an individual;
MAKINI NYANTEH, an individual;
EDWARD AND DOROTHY KETOLA,
a married couple; and JAMES ELWELL,
an individual,

     Plaintiffs,

vs.

IRON COUNTY, a Governmental Unit;
MELANIE CAMPS, in her individual and

Case No. 2:23-cv-00117
Hon. Paul L. Maloney

official capacity; MENOMINEE COUNTY, a Governmental Unit; BARBARA PARRETT, in her individual and official capacity; DIANE LESPERANCE, in her individual capacity; KALAMAZOO COUNTY, a Governmental Unit; THOMAS L. WHITENER, in his individual and official capacity; MARY BALKEMA, in her individual capacity; ANTRIM COUNTY, a Governmental Unit; SHERRY A. COMBEN, in her individual and official capacity; CALHOUN COUNTY, a Governmental Unit; BRIAN W. WENSAUER, in his individual and official capacity; CHRISTINE SCHAUER, in her individual capacity; EATON COUNTY, a Governmental Unit; ROBERT ROBINSON, in his individual and official capacity; BERRIEN COUNTY, a Governmental Unit; SHELLY WEICH, in her individual and official capacity; BRET WITKOWSKI, in his individual capacity; BARRY COUNTY, a Governmental Unit; and SUSAN VANDECAR, in her individual and official capacity,

      Defendants.

---

## SECOND CORRECTED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)[1]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark

McCrone hereby gives notice his claims against Berrien County are voluntarily

---

[1] This Second Corrected Notice of Voluntary Dismissal is provided pursuant to the request of the Court, made via email correspondence on December 31, 2025.

dismissed. Defendant Berrien County has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff McCrone notices voluntary dismissal of his claims in this action against Berrien County.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, James L. Haley, Kim C. Mosier, Johnny L. Anthony hereby give notice their claims against Eaton County are voluntarily dismissed. Defendant Eaton County has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs Haley, Mosier, and Anthony notice voluntary dismissal of their claims in this action against Eaton County

This Notice does not dismiss the claims of any other Plaintiff. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: December 31, 2025

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Christopher D. Kaye (P61918)
950 W University Drive, Ste 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
cdk@millerlawpc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, PC**
950 W University Drive, Ste 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

*Counsel for Plaintiffs*