UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN
* * * * *

KAREN HOTTENROTT, et al.

        Plaintiffs,

                              Case No. 23-cv-117

-vs-

IRON COUNTY, et al.                HON. PAUL L. MALONEY

        Defendants.

---

**STIPULATION REGARDING DISMISSAL OF CLAIMS BY ESTATE OF BARBARA L. GETTYS BY HEIR BRYAN BETTS, DAD COMPANY BY PRESIDENT DEAN BORLAND, ESTATE OF SHERRI BUFORD BY PERSONAL REPRESENTATIVE LUCRETIA Y. BUFORD, LAWRENCE PAQUIN, MARSHALL SLATER, AND ESTATE OF TREVA JEAN KENYON BY HEIR VICKIE DAVIS**

---

COME NOW the parties, Plaintiffs ESTATE OF BARBARA L. GETTYS BY HEIR BRYAN BETTS, DAD COMPANY BY PRESIDENT DEAN BORLADN, ESTATE OF SHERRI BUFORD BY PERSONAL REPRESENTATIVE LUCRETIA Y. BUFORD, LAWRENCE PAQUIN, MARSHALL SLATER, AND ESTATE OF TREVA JEAN KENYON BY HEIR

VICKIE DAVIS ("Plaintiffs"), and Defendants ANTRIM COUNTY, CALHOUN COUNTY, and KALAMAZOO COUNTY ("County Defendants"), and hereby stipulate and agree that the Plaintiffs' claims against County Defendant shall be dismissed with prejudice and without costs or fees to either party.

Dated: April 21, 2026

/s/ Donald R. Visser_____
**Donald R. Visser (P24961)**
VISSER AND ASSOCIATES, PLLC
*Counsel for Plaintiffs*
2480 44th Street, SE, Suite 150
Kentwood, MI 49512
(616) 531-9860
donv@visserlegal.com

Dated: April 21, 2026

/s/ Allan C. Vander Laan_____
**Allan C. Vander Laan (P33893)**
CUMMINGS, McCLOREY, DAVIS & ACHO
*Counsel for Defendants Antrim, Calhoun and Kalamazoo County*
2851 Charlevoix DR., SE. – Suite 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com

2

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN
* * * * *

KAREN HOTTENROTT, et al.

      Plaintiffs,

                            Case No. 23-cv-117

-vs-
IRON COUNTY, et al.                HON. PAUL L. MALONEY

      Defendants.

**ORDER OF DISMISSAL OF CLAIMS
BY ESTATE OF BARBARA L. GETTYS BY HEIR BRYAN BETTS, DAD
COMPANY BY PRESIDENT DEAN BORLAND, ESTATE OF SHERRI
BUFORD BY PERSONAL REPRESENTATIVE LUCRETIA Y. BUFORD,
LAWRENCE PAQUIN, MARSHALL SLATER, AND ESTATE OF TREVA
JEAN KENYON BY HEIR VICKIE DAVIS**

Upon stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs ESTATE OF BARBARA L. GETTYS BY HEIR BRYAN BETTS, DAD COMPANY BY PRESIDENT DEAN BORLADN, ESTATE OF SHERRI BUFORD BY PERSONAL

REPRESENTATIVE LUCRETIA Y. BUFORD, LAWRENCE PAQUIN, MARSHALL SLATER, AND ESTATE OF TREVA JEAN KENYON BY HEIR VICKIE DAVIS ("Plaintiffs") claims against ANTRIM COUNTY, CALHOUN COUNTY, and KALAMAZOO COUNTY are dismissed with prejudice and without costs or fees to either party.

Dated: _____, 2026          _____
                                     Hon. Paul L. Maloney
                                     U.S. District Court Judge