UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN
* * * * *

KAREN HOTTENROTT, et al.

Plaintiffs,

Case No. 23-cv-117

-vs-

HON. PAUL L. MALONEY

IRON COUNTY, et al.

Defendants.

---

**ORDER OF DISMISSAL OF CLAIMS BY TED KOLASA**

---

Upon stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that claims by Plaintiff TED KOLASA ("Plaintiff") against ANTRIM COUNTY are dismissed with prejudice and without costs or fees to either party.

Dated: June 26, 2026

/s/ Paul L. Maloney
Hon. Paul L. Maloney
U.S. District Court Judge