UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

* * * * *

KAREN HOTTENROTT, et al.

Plaintiffs,

-vs-

IRON COUNTY, et al.

Defendants.

Case No. 2:23-cv-117

HON. PAUL L. MALONEY

---

**ORDER OF DISMISSAL OF CLAIMS BY TED KOLASA**

---

Upon stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that claims by Plaintiff TED KOLASA ("Plaintiff") against SHERRY A. COMBEN are dismissed with prejudice and without costs or fees to either party.

Dated: July 21, 2026

/s/ Paul L. Maloney
Hon. Paul L. Maloney
U.S. District Court Judge